AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LOLA GILDER,<br>*Plaintiff(s)*<br>v.<br>JW LEE INC. d/b/a SCARLETT'S CABARET and TRAVIS REESE, individually,<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-28505-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JW LEE INC. d/b/a SCARLETT'S CABARET
Registered Agent: CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Julien Maynard, Esq.
THE LEACH FIRM, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, Florida 32789
Telephone: (407) 574-4999
Email: jmaynard@theleachfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Angela E. Noble
Clerk of Court

Date: Nov 25, 2026

s/ B. Chin

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| LOLA GILDER,<br><br>*Plaintiff(s)*<br>v.<br>JW LEE INC. d/b/a SCARLETT'S CABARET and TRAVIS REESE, individually,<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-28505-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TRAVIS REESE
2920 SW 30TH AVE
PEMBROKE PARK, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Julien Maynard, Esq.
THE LEACH FIRM, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, Florida 32789
Telephone: (407) 574-4999
Email: jmaynard@theleachfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Nov 25, 2026

s/ B. Chin

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court